<u>ORAL ARGUMENT SCHEDULED: JANUARY 17, 2024</u>

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE TENTH CIRCUIT

| | |
|---|---|
| STATE OF WYOMING, | |
|     Petitioner (No. 23-9529) | No. 23-9529 |
| PACIFICORP, et al., | |
|     Petitioner (No. 23-9531) | No. 23-9531 |
| BASIN ELECTRIC POWER COOPERATIVE, | |
|     Petitioner (No. 23-9537) | No. 23-9537 |
|     v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
|     Respondents. | |

### JOINT MOTIONS TO VACATE ORAL ARGUMENT AND FOR ABEYANCE

Respondent U.S. Environmental Protection Agency ("EPA") and Petitioners State of Wyoming, PacifiCorp, et al., and Basin Electric Power Cooperative (collectively, the "Parties") respectfully move this Court to vacate the oral argument currently scheduled for January 17, 2024, and hold this case in abeyance for 60 days from the date of the Court's order, with a motion to govern due on the 60th day. On December 13, 2023, EPA signed a final rule approving Wyoming's Good Neighbor state implementation plan. Vacatur of argument and an abeyance is

appropriate to conserve judicial resources. In support of this request, the Parties state as follows:

1. On February 13, 2023, EPA disapproved 21 states' implementation plan submissions, but not Wyoming's, for failing to comply with the Clean Air Act's Good Neighbor Provision. Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 9336, 9354 (Feb. 13, 2023) ("Final Rule") [JA 0666, 0684].

2. In April 2023, Petitioners filed petitions for review challenging the Final Rule as to Wyoming. *See Wyoming v. EPA*, No. 23-9529, ECF No. 10989092 (Apr. 5, 2023); *PacifiCorp, et al., v. EPA*, No. 23-9531, ECF No. 10989632 (Apr. 6, 2023); *Basin Elec. Power Coop. v. EPA*, No. 23-9537, ECF No. 10991821 (Apr. 14, 2023).

3. On August 14, 2023, EPA proposed to approve Wyoming's state implementation plan submission. Air Plan Approval; Wyoming; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 54998 (Aug. 14, 2023).

4. The Court consolidated briefing of these petitions. *Wyoming*, No. 23-9529, ECF No. 11002450. The matters are fully briefed, and, on November 7, 2023, the court scheduled oral argument for January 17, 2024. *Id.*, ECF No. 11042599.

5. On December 19, 2023, EPA's approval of Wyoming's state implementation plan submission was published in the Federal Register. *See* 88 Fed. Reg. 87720. EPA's final approval will become effective on January 18, 2024. *Id.*

6. Vacating oral argument and holding the case in a 60-day abeyance will preserve the resources of the Court. Petitioners will voluntarily dismiss their petitions once EPA's full approval of Wyoming's submission becomes effective. Such occurrence would therefore obviate the need for judicial resolution of the issues addressed in the parties' briefs.

7. As stated above, the Parties anticipate that Petitioners will move for voluntary dismissal of their petitions. In the event that does not occur, the Court should order the parties to file a joint motion to govern on the 60th day of abeyance.

WHEREFORE, the parties request that the Court vacate the currently scheduled oral argument and hold the case in abeyance for 60 days from the date of the Court's order. The Court should require that, if Petitioners have not moved to voluntarily dismiss their petitions by that date, the Parties submit a joint motion to govern on the 60th day of abeyance.

Dated: December 20, 2023                                  Respectfully submitted,

Appellate Case: 23-9529     Document: 010110972009     Date Filed: 12/20/2023     Page: 4

Of Counsel:

ROSEMARY HAMBRIGHT KABAN
DANIEL P. SCHRAMM
U.S. Environmental Protection Agency
Office of General Counsel
Washington, DC

TODD KIM
Assistant Attorney General

 s/ Alexandra St. Romain
ALEXANDRA L. ST. ROMAIN
JEFFREY HAMMONS
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Alexandra.St.Romain@usdoj.gov
Jeffrey.Hammons@usdoj.gov

*Counsel for Respondents*


/s/ *Shannon Leininger (with permission)*
D. David DeWald (WSB No. 7-5538)
Deputy Attorney General
Shannon Leininger (WSB No. 8-6932)
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7895
(307) 777-3542 *facsimile*
david.dewald@wyo.gov
shannon.leininger@wyo.gov

*Counsel for Petitioner State of Wyoming*


MISHA TSEYTLIN
*Counsel of Record*
KEVIN M. LEROY
EMILY A. O'BRIEN
TROUTMAN PEPPER HAMILTON SANDERS LLP

4

227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240 (MT)
(312) 759-1939 (fax)
misha.tseytlin@troutman.com
kevin.leroy@troutman.com
emily.obrien@troutman.com

CARROLL WADE MCGUFFEY III
MELISSA HORNE
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. N.E.
Suite 3000
Atlanta, GA 30308
(404) 885-3698 (CM)
(404) 885-3286 (MH)
mack.mcguffey@troutman.com
melissa.horne@troutman.com

MARIE BRADSHAW DURRANT
*Assistant General Counsel*
CHRISTIAN C. STEPHENS
*Senior Attorney*
PACIFICORP
1407 North Temple
Suite 320
Salt Lake City, UT 84116
(801) 220-4707
marie.durrant@pacificorp.com
christian.stephens@pacificorp.com

*Attorneys for Petitioner PacifiCorp*


BRIAN G. IVERSON
*SVP & General Counsel*
MARIE H. RUETTGERS
*Associate General Counsel*

5

BLACK HILLS CORPORATION
7001 Mount Rushmore Road
Rapid City, SD 57702
(605) 721-2305 (BI)
(605) 721-2340 (MR)
brian.iverson@blackhillscorp.com
marie.ruettgers@blackhillscorp.com

*Attorneys for Petitioner Black Hills Corporation*


EMILY C. SCHILLING
SYDNEY J. SELL
HOLLAND & HART LLP
222 South Main Street
Suite 2200
Salt Lake City, UT 84101
(801) 799-5753 (ES)
(202) 747-6574 (fax)
ecschilling@hollandhart.com
sjsell@hollandhart.com

KRISTINA (TINA) R. VAN BOCKERN
AARON B. TUCKER
HOLLAND & HART LLP
555 Seventeenth Street
Suite 3200
Denver, CO 80202
(303) 295-8107 (TVB)
(720) 545-9952 (fax)
trvanbockern@hollandhart.com
abtucker@hollandhart.com

*Attorneys for Petitioner Basin Electric Power Cooperative*

## CERTIFICATES OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 482 words according to the count of Microsoft Word, excluding the parts of the motion exempted by Fed. R. App. P. 32(f), and therefore is within the word limit of 5,200 words.

I further certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and is double-spaced, except for headings, block quotes, and footnotes.

I also certify that with respect to the foregoing motion:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents; and

(3) the digital submissions have been scanned for viruses with the native Microsoft Windows 10 Virus and Threat Protection service, last updated December 20, 2023, and, according to the program, they are free of viruses.

Dated: December 20, 2023               *s/ Alexandra L. St. Romain*
                                        ALEXANDRA L. ST. ROMAIN

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Joint Motion to Vacate Oral Argument and Abeyance on all registered counsel through the Court's electronic filing system (CM/ECF).

Dated: December 20, 2023                    <u>*s/ Alexandra L. St. Romain*</u>
                                            ALEXANDRA L. ST. ROMAIN