FILED
United States Court of Appeals
Tenth Circuit

May 8, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| STATE OF WYOMING,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Respondents. | No. 23-9529<br>(EPA No. EPA-HQ-OAR-2021-0663)<br>(Environmental Protection Agency) |

_____

| | |
|---|---|
| PACIFICORP, et al.,<br><br>    Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Respondents. | No. 23-9531<br>(EPA No. EPA-HQ-2021-0663)<br>(Environmental Protection Agency) |

_____

| | |
|---|---|
| BASIN ELECTRIC POWER COOPERATIVE,<br><br>    Petitioner,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Respondents. | No. 23-9537<br>(EPA No. EPA-HQ-OAR-2021-0663)<br>(Environmental Protection Agency) |

_____

**ORDER**

_____

These matters are before the court on *Respondents' Unopposed Motion for Leave to File a Consolidated Reply in Support of Venue Motion and For Extension of Time to File the Consolidated Reply*. Upon consideration, the motion is granted. Respondents shall file their single consolidated reply in support of their motions to transfer or dismiss these three petitions for review on or before May 12, 2023.

                                          Entered for the Court
                                          CHRISTOPHER M. WOLPERT, Clerk

                                          by: Jane K. Castro
                                                Chief Deputy Clerk